IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

AMBER LEE,

    Plaintiff,

vs.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

_____/

CASE NO. 1:17-cv-00083-LTS

## NOTICE OF SETTLEMENT

Plaintiff AMBER LEE and Defendant Capital One Bank (USA), N.A. ("Capital One"), notify this Court that Plaintiff and Capital One have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted the 23rd day of January, 2018.

                                            *s/ Jason Ravnsborg*
                                            Jason Ravnsborg
                                            HARMELINK FOX & RAVNSBORG
                                            721 Douglas
                                            Suite 101
                                            PO Box 18
                                            Yankton, SD 57078
                                            605-665-1001
                                            Jrrlaw@midco.net
                                            Attorney for Plaintiff

29911127 v1

Case 1:17-cv-00083-LTS   Document 13   Filed 01/23/18   Page 1 of 2

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 23rd day of January, 2018, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

**Lance W Lange**
Faegre, Baker, Daniels, LLP
801 Grand Avenue
33rd Floor
ECF
Des Moines, IA 50309-8011
515 447 4725
Email: Lance.Lange@FaegreBD.com
ATTORNEY FOR DEFENDANT

By: *s/ Alyson Dykes*
Alyson Dykes